

# FASULO, SHALLEY & DIMAGGIO L.L.P.
### ATTORNEYS AT LAW

LOUIS V. FASULO *
MARGARET M. SHALLEY
CHARLES DI MAGGIO
* ADMITTED NJ

OF COUNSEL
DOUGLAS KAHAN

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 26 2006 ★

**BROOKLYN OFFICE**

May 19, 2006

VIA FACSIMILE (718-613-2456)
Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*[Handwritten note:] The Application to surrender on 6-19-06 is granted. The gov't shall notify DOP. An amended judgment re: home detention shall issue. So ordered. s/John Gleeson USDJ 5-19-05*

Re: *United States v. Thomas Zerella*
05 Cr. 684 (JG)

Dear Judge Gleeson:

I represent Thomas Zerella in the above-referenced matter. On May 3, 2006, Mr. Zerella was sentenced by the Court after his plea of guilty to a violation of 18 U.S.C. §666(a)(1)(A). Mr. Zerella was sentenced to five months of incarceration and requested a surrender date of September 15, 2006. After further reflection, Mr. Zerella respectfully requests that he begin serving his sentence by surrendering on June 19, 2006. The government has no objection to this request.

Further, page 3 of the Judgment in the instant matter states that the defendant is to serve six months of home detention. My notes of the sentencing hearing and those of the government both reflect that the Court sentenced the defendant to a split sentence of five months incarceration and five months of home detention. Accordingly, I respectfully request that this clerical error be corrected. However, if the Court wishes me to order the sentencing minutes, I will do so immediately. Thank you for your consideration of this request.

Respectfully submitted,

Margaret M. Shalley

cc: AUSA Margaret Brodie

225 BROADWAY • SUITE 715 • NEW YORK, NY • 10007
NY (212) 566-6212 • FAX (212) 566-8165 • NJ (908) 273-5721
• FSDLAW@AOL.COM •

```
*************** -COMM. JOURNAL- ******************* DATE MAY-24-2006 ***** TIME 09:14 **********

        MODE = MEMORY TRANSMISSION          START=MAY-24 09:13    END=MAY-24 09:14
          FILE NO.=051
        STN NO.   COMM.   ABBR NO.   STATION NAME/TEL NO.   PAGES    DURATION
        001       OK                 912125668165           002/002  00:00:22

*********************************** -                - ***** -              - **********
```



# EASTERN DISTRICT OF NEW YORK
# 225 CADMAN PLAZA EAST
# BROOKLYN, NEW YORK 11201

## FAX COVER SHEET

DATE: 5/24/06

FROM FAX NO. **(718) 613-2399**

NAME OF SENDER: Alvin Chee, Docket Clerk

TELEPHONE NUMBER: (718) 613-2624

PLEASE DELIVER TO:

Margaret Shalley
212-566-8165

NUMBER OF PAGES INCLUDING COVER SHEET:

MESSAGE:

NOTE: IF YOU DO NOT RECEIVE THE INDICATED NUMBER OF PAGES, PLEASE CALL THE SENDER.

Any submissions to Judge Dearie via facsimile should be sent directly to Chambers at (718) 613-2437. Submissions by facsimile are **NOT** permitted without prior authorization from chambers.